IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN

   Plaintiff,

v.                                                      Case No: 1:17-cv-00034-TJK

JUDICIAL WATCH, INC.

   Defendant.

## DECLARATION OF THOMAS J. FITTON

I, THOMAS J. FITTON, declare as follows:

1. My name is Thomas J. Fitton. I am over the age of eighteen and have personal knowledge of the facts set forth below.

2. I am the President of Judicial Watch, Inc., ("JW"). I have served in this capacity since on or about July 6, 1998. I also am a member of JW's Board of Directors.

3. On September 19, 2003, JW and Plaintiff Larry Klayman ("Klayman") executed a Confidential Severance Agreement regarding the terms of his separation from JW. After his departure from JW, Klayman engaged in a campaign to harass JW and its current officers and directors. Since 2006, Klayman has filed at least 13 lawsuits other than this case: (1) *Klayman v. Judicial Watch, Inc., et al.*, Case No. 06-670 (CKK) (D. D.C.) (filed 04/12/06) (pending); (2) *Klayman v. Judicial Watch, Inc., et al.*, Case No. 07-22413-AJ (S.D. Fla.) (filed 07/23/07) (dismissed); (3) *Klayman v. Judicial Watch, Inc., et al.*, Case No. 07-37924 CA 08 (Miami-Dade Co. Cir. Ct.) (filed 11/06/07) (dismissed); (4) *Cobas v. Judicial Watch, Inc., et al.*, Case No. 05-17413 CA 01 (Miami-Dade Co. Cir. Ct.) (filed 08/25/05) (dismissed); (5) *Benson v. Judicial Watch, Inc., et al.*, Case No. 0000520 B (Sup. Ct. District of Columbia) (filed 01/25/07)

(dismissed); (6) *Paul v. Judicial Watch, Inc., et al.*, Case No. 07-279 (RCL) (D. D.C.) (filed 02/06/07) (dismissed); (7) *Klayman v. Judicial Watch, Inc.*, Case No. 2010-sc-005626 (Sup. Ct. District of Columbia - Small Claims) (filed 09/21/10) (dismissed); (8) *Klayman v. Judicial Watch, Inc., et al.*, Case No. 13-20610-Altonaga/Simonton (S.D. Fla.) (filed 02/19/13) (judgment for LEK); (9) *Klayman v. Judicial Watch, Inc.*, Case No. 15-CA-232 (Sup. Ct. District of Columbia) (filed 01/13/15) (dismissed); (10) *Klayman v. Judicial Watch, Inc.*, Case No. 16-mc-1430 (RBW) (D. D.C.) (filed 07/18/16) (pending); (11) *Klayman v. Judicial Watch, Inc.*, Case No. 17-CA-4252 B (Sup. Ct. District of Columbia) (filed 06/20/17) (pending); (12) *Klayman v. Judicial Watch, Inc.*, Case No. 2017 CA 004940 B (Sup. Ct. District of Columbia) (filed 07/20/17) (dismissed); and (13) *Freedom Watch, Inc. v. Judicial Watch, Inc., et al.*, Case No. 17-cv-22627-FAM (S.D. Fla.) (pending) (in addition to being the head of "Freedom Watch, Inc.," Klayman filed the lawsuit for the organization).

4. The lawsuit before this Court alleges that Klayman had a contractual relationship with Jose Basulto to provide legal services to collect a judgment against Cuba (the "Cuba Judgment"). It is further alleged that:

- On or about November 30, 2016, Basulto informed Klayman that he decided to have JW enforce the Cuba Judgment.

- During the phone call, Basulto provided Klayman with information showing that, on or about November 30, 2016, someone from JW stated to Basulto that Klayman did not have the resources or means to enforce the Cuba Judgment.

- As a result of the alleged statement attributed to JW, Basulto authorized JW to enforce the Cuba Judgment.

- On information and belief, Chris Farrell, a member of JW's Board of Directors was one of the persons who stated that Klayman did not have the resources or means to enforce the Cuba Judgment.

- Paul Orfanedes and I also made the alleged statement to Basulto.

5. I have had no communication (written, oral or otherwise) with Basulto in several years, except that Judicial Watch did send him a Christmas card each year that I signed. I have no knowledge regarding Klayman's alleged representation of Basulto nor was I ever aware, prior to the lawsuit, that Klayman alleged he represented Basulto regarding the Cuba Judgment. At no time did I direct or authorize anyone to communicate with Basulto regarding Klayman's alleged representation of Basulto, nor am I aware of any such communications. In summary, I do not possess any knowledge or information relevant to this dispute.

6. If compelled to appear at a deposition, I will not be able to answer any questions regarding this lawsuit as I do not have any information.

I HEREBY DECLARE, under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., on this 11th day of January 2018.

_____
Thomas J. Fitton